# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

Case No. 6D2025-0407
Lower Tribunal Nos. 2003-CF-013589 and 2010-CF-005658

———————————————————

JIM RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

Appeal from the Circuit Court for Orange County.
Amy J. Carter, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and BROWNLEE, JJ., concur.


Blair Allen, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Jim Rivera, Century, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED